UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDITH C. MAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF WOODWAY, et al.,<br><br>　　　　　Defendants. | Case No.  09-cv-00761-RSL-JPD<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*; ORDER DIRECTING CLERK TO FILE DOCUMENTS UNDER SEAL |

After careful consideration of Plaintiff's *pro se* application to proceed *in forma pauperis* (Dkt. No. 1), the governing law and balance of the record, the Court ORDERS:

(1) Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(2) The Clerk is directed to send a copy of this Order to Plaintiff and to issue summonses to Plaintiff to enable proper service of the complaint on the appropriate parties. Plaintiff shall note that it is her responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.

(3) The Clerk is further directed to file under seal Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1), as this document and its attachments contain numerous

ORDER
PAGE - 1

1  personal data identifiers.  In light of Plaintiff's *pro se* status, the Court has attempted to redact
2  all of the personal data identifiers in Plaintiff's application to proceed *in forma pauperis* and its
3  attachments, in accordance with Local Rule CR 5.2(a).  The documents in redacted form are
4  attached to this Order, and the Clerk is directed to file the redacted documents.  Plaintiff is
5  directed to comply with Local Rule CR 5.2(a), and redact from all future filings the following
6  personal data identifiers: dates of birth; names of minor children; social security numbers and
7  taxpayer-identification numbers; financial accounting information; and passport numbers and
8  driver license numbers.  *See* Western District of Washington Local Rule CR 5.2(a).

(4)  The Clerk is directed to send a copy of this Order to the Honorable Robert S. Lasnik, Chief Judge.

DATED this 4th day of June, 2009.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2